Magistrate Judge Theiler

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 17 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. MJ15-16 |
|---|---|
| Plaintiff | |
| v. | ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |
| BRIAN RICHARD FARRELL, | |
| Defendant. | |

To: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe the defendant BRIAN RICHARD FARRELL has committed the violation of Title 21, United States Code, Section 846.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

//

//

2. The defendant shall be held in custody pending that appearance.

Jan. 17, 2015

_____
THE HONORABLE MARY ALICE THEILER
United States Magistrate Judge

Presented By:

s/Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

ORDER FOR DETENTION PENDING APPEARANCE/FARRELL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970