——— FILED ——— ENTERED
——— LODGED ——— RECEIVED

JAN 22 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of WASHINGTON

UNITED STATES of AMERICA, )
)
Plaintiff, ) Case # MJ15-16
)
vs. )                        AGREEMENT TO
) SUPERVISE DEFENDANT
BRIAN FARRELL, )
)
Defendant. )

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1)   I will generally supervise the defendant;

(2)   I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3)   If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4)   OTHER:
_____
_____
_____
_____

*Nancy Farrell* _____   (Signature)

Nancy Farrell _____   (Print full name)