MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ15-00016 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF PRELIMINARY HEARING |
| BRIAN FARRELL, | |
| Defendant. | |

I am a defendant charged in this case. My attorney has explained to me that I have the right to a preliminary hearing and the purpose of that proceeding. It was also explained to me that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive my right to the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary hearing.

DATED this _____ day of January, 2015.

_____
Brian Farrell, Defendant

Presented by:

s/ *Peter Avenia*
Assistant Federal Public Defender
Attorney for Brian Farrell

WAIVER OF PRELIMINARY HEARING - 1
(*Brain Farrell*; MJ15-00016)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to Assistant United States Attorney Thomas Woods.

s/ *Suzie Strait*
Paralegal
Office of the Federal Public Defender

WAIVER OF PRELIMINARY HEARING - 2
(*Brain Farrell*; MJ15-00016)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100