Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 11, 20 15

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CR15 029 RAJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN RICHARD FARRELL,
a/k/a "DoctorClu,"

    Defendant.

INDICTMENT

The Grand Jury charges that:

## COUNT 1
**(Conspiracy to Distribute Cocaine, Heroin, and Methamphetamine)**

Beginning at a time unknown, but within the last five years, and ending on or about December 2014, in Bellevue, within the Western District of Washington, and elsewhere, BRIAN RICHARD FARRELL, and others known and unknown, knowingly and intentionally did conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including cocaine, heroin, and methamphetamine, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

It is further alleged that, with respect to defendant BRIAN RICHARD FARRELL, his conduct as a member of the conspiracy charged in Count 1, which includes the

INDICTMENT/FARRELL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count 1, involved one kilogram or more of a mixture or substance containing heroin, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, BRIAN RICHARD FARRELL, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including, but not limited to: $35,000 in U.S. currency, and multiple silver bullion bars, both sets of items seized on or about January 2, 2015.

If any of the above described forfeitable property, as a result of any act or omission of the Defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//
//

| | |
|---|---|
| 1 | it is the intent of the United States, pursuant to Title 21, United States Code, |
| 2 | Section 853(p), to seek the forfeiture of any other property of the Defendant up to the |
| 3 | value of the above described forfeitable property. |

A TRUE BILL:

DATED: *11 February 2015*

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
ANNETTE L. HAYES
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

INDICTMENT/FARRELL - 3