```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

         FEB 11 2015

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-029 RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING CONDITIONS OF RELEASE |
| BRIAN RICHARD FARRELL, a/k/a "DoctorClu," | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 11th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
CONDITIONS OF RELEASE