WA/WD PTS-MOD
(6/08)

\_\_\_\_ FILED       \_\_\_\_ ENTERED
\_\_\_\_ LODGED     \_\_\_\_ RECEIVED

FEB 17 2015

# United States District Court
## for
## Western District of Washington

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

### Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Farrell, Brian** | February 13, 2015 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, Chief U.S. Magistrate Judge | MJ15-16 |
| Original Offense | Date Supervision Commenced |
| Conspiracy to Distribute Cocaine, Heroin and Methamphetamine | January 22, 2015 |

**Bond Conditions Imposed:**

3. Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.
   Travel is restricted to <u>the Western District of Washington,</u> or as directed by Pretrial Services.
18. You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
19. Release on third-party custody to: <u>Nancy Farrell, mother</u>
20. Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
23. The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.
31. Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
35. You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

| | |
|---|---|
| 46. | The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, and software, and any/and all electronic devices/media. The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.<br>All employment is subjuect to approval of Pretrial Services. Potential employers shall sign a Third Party Disclosure Form as directed and evaluated by Pretrial Services. |
| 53. | The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.** |

## PETITIONING THE COURT

☒ **To modify the conditions of supervision**

**ADD:**

52. The defendant shall participate in and successfully complete inpatient treatment at a facility designated by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services.

### CAUSE

The defendant made his initial appearance before Your Honor on January 22, 2015, and was released on bond with the special conditions noted above. The defendant completed intake with this officer on January 23, 2015, at which time conditions of supervision as well as conditions of bond were explained to the defendant who indicated he understood. Consequences of non-compliance were also explained to the defendant.

The defendant has admitted to a serious substance abuse addiction and is requesting treatment. An inpatient bed has been secured for the defendant at Pioneer Center North in Sedro Woolley, Washington on February 25, 2015. This is a 60 day intensive drug treatment program. After this treatment program is completed, the defendant will return to the home of his parents, who have agreed to let the defendant continue to reside with them. Outpatient treatment will be arranged for the defendant as close to his residence as possible.

In light of the defendant's request for treatment, it is respectfully recommended his bond be modified to include a condition that he enter into and successfully complete an inpatient treatment program.

Both Defense counsel and Assistant U.S. Attorney have been notified and concur with the recommendation.

Report on Defendant
Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __13th__ day of __February__, 2015.

*[signature]*

_____
Lonnie G. Kaman
Mental Health Specialist
Pretrial Services Unit


Approved By:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer

*[signature]*

Brenda Amundson
Supervising U.S. Probation Officer


**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☑ The Modification of Conditions as noted above
☐ Other

*[signature]*
_____
Mary Alice Theiler, Chief U.S. Magistrate Judge

__2/17/2015__
Date