# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Brian Farrell<br>　　　　　　　　　　Defendant, | No. MJ15-16<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Brian Farrell, have been advised that U.S. Probation Officer Lonnie G. Kaman will petition the Court for modification of my bond conditions as follows:
ADD:

52. The defendant shall participate in and successfully complete inpatient treatment at a facility designated by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 11th day of February, 2015.

_(for)_ _____
Defendant, Brian Farrell

_____
Defense Counsel, Peter Avenia

_____
Probation Officer, Lonnie G. Kaman


WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS