Judge Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIAN RICHARD FARRELL,<br><br>                    Defendant. | NO. CR15-0029RAJ<br><br>GOVERNMENT'S NOTICE OF<br>APPEARANCE OF<br>ADDITIONAL COUNSEL |

        The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Additional Counsel in the above-referenced matter.

///
///
///
///
///

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 1
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   |   AUSA Richard E. Cohen will now appear on behalf of the United States in this

2   cause, in addition to Assistant United States Attorney Thomas M. Woods.  Undersigned

3   counsel respectfully requests that all pleadings, court documents, and correspondence be

4   forwarded to the following:

5           RICHARD E. COHEN

6           Assistant United States Attorney
        United States Attorney's Office

7           700 Stewart Street, Suite 5220
        Seattle, WA  98101-1271

8           Telephone: (206) 553-4665

9           Facsimile: (206) 553-6934
        E-mail:  Richard.E.Cohen@usdoj.gov

10

11   DATED this ___23, ___ day of July, 2015.

12           Respectfully submitted,

13           ANNETTE L. HAYES

14           United States Attorney

15

16

17           RICHARD E. COHEN
        Assistant United States Attorney

18           United States Attorney's Office
        700 Stewart Street, Suite 5220

19           Seattle, WA  98101-1271

20           Telephone: (206) 553-4665
        Facsimile: (206) 553-6934

21           E-mail:  Richard.E.Cohen@usdoj.gov

22

23

24

25

26

27

28

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 2
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

 s/ Ellaine M. Wi
ELLAINE M. WI, FSA Paralegal III
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Ellaine.Wi@usdoj.gov

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 3
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970