Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN FARRELL, <br><br> Defendant. | NO. CR15-029RAJ <br><br> **[PROPOSED] ORDER CONTINUING TRIAL** |

THE COURT has considered the motion filed by the parties requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, and in particular the impending retirement of defense counsel, as well as the discovery matter referenced in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Order Continuing Trial - 1
U.S. v. Farrell / CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, THE COURT ORDERS that the period of time from the date of this Order until November 30, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The motions cutoff date is set at October 15, 2015.

DATED this _____ day of_____, 2015.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Order Continuing Trial - 2
U.S. v. Farrell / CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970