Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the motion filed by the parties requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, and in particular the impending retirement of defense counsel, as well as the discovery matter referenced in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Order Continuing Trial - 1
U.S. v. Farrell / CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     Accordingly, the parties' Joint Motion to Continue Trial (Dkt. #29) is GRANTED.
2 The trial date in this matter is continued from August 17, 2015 to November 30, 2015.
3 All pretrial motions, including motions in limine, shall be filed no later than October 15,
4 2015.
5     THE COURT FURTHER ORDERS that the period of time from the date of this
6 Order through November 30, 2015, shall be excludable time pursuant to the Speedy Trial
7 Act, 18 U.S.C. § 3161(h)(7)(A).
8     DATED this 13th day of August, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order Continuing Trial - 2
U.S. v. Farrell / CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970