JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-029-RAJ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| BRIAN FARRELL, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Assistant Federal Public Defender Nancy Tenney appears as counsel for Brian Farrell. It is requested that notice of all filings be served upon the undersigned.

DATED this 13th day of August, 2015.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Nancy_Tenney@fd.org

NOTICE OF APPEARANCE
(Brian Farrell, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

NOTICE OF APPEARANCE
(Brian Farrell, CR15-029-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**