JUDGE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-029-RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | |
| BRIAN FARRELL, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Assistant Federal Public Defender Peter J. Avenia

withdraws as counsel for Brian Farrell.

DATED this 13th day of August, 2015.

Respectfully submitted,

s/ Peter J. Avenia
Assistant Federal Public Defender

NOTICE OF WITHDRAWAL
(Brian Farrell, CR15-029-RAJ) - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

NOTICE OF WITHDRAWAL
(Brian Farrell, CR15-029-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**