WA/WD PTS-Modification
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Farrell, Brian** | August 18, 2015 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, U.S. Magistrate Judge | MJ15-16 |
| Original Offense | Date Supervision Commenced |
| Conspiracy to Distribute Cocaine, Heroin and Methamphetamine | January 22, 2015 |

Bond Conditions Imposed:
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.
- Travel is restricted to <u>the Western District of Washington,</u> or as directed by Pretrial Services.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Release on third-party custody to: <u>Nancy Farrell, mother.</u>
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Case 2:15-cr-00029-RAJ   Document 33   Filed 08/19/15   Page 2 of 3

The Honorable Mary Alice Theiler, U.S. Magistrate Judge                Page 2 of 4
Report on Defendant Under Pretrial Services Supervision                August 18, 2015

- The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, and software, and any/and all electronic devices/media. The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.
- All employment is subject to approval of Pretrial Services. Potential employers shall sign a Third Party Disclosure Form as directed and evaluated by Pretrial Services.
- The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**
- The defendant shall participate in and successfully complete inpatient treatment at a facility designated by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services. (Added February 11, 2015)

## PETITIONING THE COURT

☒   To modify the conditions of supervision

DELETE:

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

**CAUSE**

Mr. Farrell was placed on the location monitoring program with active Global Positioning Satellite (GPS) technology and Stand Alone Monitoring, upon release from custody. This component is utilized for the purpose of verifying compliance with other court imposed sanctions.

Mr. Farrell admitted to a serious substance abuse addiction early during his supervision. He was placed in a 60 day intensive drug treatment program at Pioneer Center North in Sedro Woolley, Washington, on February 25, 2015. He completed the program on April 25, 2015, and released to his parent's residence. He remained on location monitoring during the treatment program. Since his release from inpatient treatment, he has

The Honorable Mary Alice Theiler, U.S. Magistrate Judge  
Report on Defendant Under Pretrial Services Supervision

Page 3 of 4  
August 18, 2015

successfully complied with outpatient treatment. His counselor has given a positive report, advising he is engaged and doing well.

Mr. Farrell has been in compliance with the location monitoring program since his release on bond. This officer discussed this modification with his supervision officer, Kelly Neumeister, who agrees he is no longer in need of Stand Alone Monitoring. Due to his positive adjustment to supervision and success at treating his drug addiction, this officer would respectfully recommend his conditions be modified as noted above.

Mr. Farrell's trial is scheduled for November 30, 2015.

Both Defense counsel and Assistant U.S. Attorney have been notified and concur with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of August, 2015.

*Jeri L. Sexton*  
Jeri L. Sexton  
U.S. Probation Officer

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:  
*Julie M. Busic*  
Julie M. Busic  
Supervising U.S. Probation Officer

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Modify the Conditions as noted above  
☐ Other

*Mary Alice Theiler*  
Mary Alice Theiler, U.S. Magistrate Judge

August 19, 2015  
Date