UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>vs.<br>Brian Farrell<br>　　　　　　　　Defendant. | No. MJ15-16<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Brian Farrell, have been advised that U.S. Probation Officer Jeri L. Sexton will petition the Court for modification of my bond conditions as follows:

DELETE:

>The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 19th day of August 2015

_____
Defendant, Brian Farrell

_____
Defense Counsel, Nancy Tenney

_____
Probation Officer, Jeri L. Sexton