JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN FARRELL, <br><br> Defendant. | No. CR15-029-RAJ <br><br> WAIVER OF SPEEDY TRIAL |

I, Brian Farrell, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from November 30, 2015, to a date up to and including __5/9__, 2016. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial date in calculating the speedy trial expiration date.

DATED this __10__ day of November, 2015.

_____
Brian Farrell, Defendant

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

WAIVER OF SPEEDY TRIAL
(Brian Farrell, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I certify that on November 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

WAIVER OF SPEEDY TRIAL
(Brian Farrell, CR15-029-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100