JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| BRIAN FARRELL, | |
| Defendant. | |

THE COURT has considered the unopposed motion by the defendant to continue the trial date and pretrial motions deadline and finds that:

In light of the circumstances that are presented in the motion, and in particular the discovery matter referenced in the motion,

THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DUE DATE
(*Brian Farrell*, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Accordingly, THE COURT ORDERS that the defendant's Unopposed Motion to Continue Trial (Dkt. #34) is GRANTED.  The trial date is continued to April 25, 2016.  The discovery cutoff is December 4, 2015.  Defendant's deadline to file a motion to compel, if necessary, is December 11, 2015, by noon.  The Government's response to Defense motion to compel is December 18, 2015, by noon.  Defendant's reply is due December 21, 2015, by 4:00 p.m.  The Court will conduct a hearing on Defendant's motion to compel, if necessary, on January 7, 2016 at 10:00 a.m.  Pretrial motions (limited only to the late-disclosed materials) are due no later than February 4, 2016.

THE COURT FURTHER ORDERS that the period of delay from the date of this Order to the new trial date of April 25, 2016, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 13th day of November, 2015.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DUE DATE
(*Brian Farrell*, CR15-029-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100