Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>**(PROPOSED) ORDER CONTINUING DISCOVERY DEADLINE** |

THE COURT has considered the motion filed by the parties requesting a continuance of the discovery cutoff, hereby ORDERS as follows:

The discovery cutoff is extended until December 11, 2015. To the extent the defense pursues a motion to compel, the motion must be filed by December 18. The government's response is due December 30, and the defense must file any reply by January 5. The hearing date of January 7, 2016, if necessary, remains set.

DATE this _____ day of December, 2015.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Order Continuing Discovery Deadline - 1
U.S. v. Farrell, CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970