The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN RICHARD FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>(PROPOSED) DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order , and Motion to Modify the Protective Order, submitted by the United States of America and Defendant BRIAN FARRELL, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

    1.    This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above captioned case and is identified by the government as "Protected Material".

    2.    The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Material is limited to the Defendant, attorneys of record, and investigators, paralegals, law clerks, experts and

DISCOVERY PROTECTIVE ORDER/
*United States v. Farrell, CR15-029 RAJ*- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

assistants for the attorneys of record, (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the Protected Material with the Defendant, and provide the Defendant with an electronic and written version of the Protected Material.  The Defendant, attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.

4. The United States Attorney's Office for the Western District of Washington is similarly allowed to display and review the Protected Material to lay witnesses, but is otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e. non-law enforcement witnesses.

5. The Defendant may petition the Court to request modification or termination of the Protective Order upon further review of the Protected Materials.

6. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

7. Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

8. The provisions of this Order shall not terminate at the conclusion of this prosecution.

9. Any violation of any term or condition of this Order by the Defendant, his attorney(s) of record, any member of the defense team, or any attorney for the United

DISCOVERY PROTECTIVE ORDER/
*United States v. Farrell, CR15-029 RAJ* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1  States Attorney's Office for the Western District of Washington, may be held in contempt
2  of court, and/or may be subject to monetary or other sanctions as deemed appropriate by
3  this Court.
4        If the Defendant violates any term or condition of this Order, the United States
5  reserves its right to seek a sentencing enhancement for obstruction of justice, or to file
6  any criminal charges relating to the Defendant's violation.
7        DATED this \_\_\_\_ day of December, 2015.

_____
RICHARD A. JONES
United States District Court Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

DISCOVERY PROTECTIVE ORDER/
*United States v. Farrell, CR15-029 RAJ* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970