Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RICHARD FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>**[PROPOSED] ORDER REGARDING MOTION TO COMPEL SCHEDULE** |

THE COURT has considered the motion filed by the parties requesting a continuance of the motion to compel schedule and hereby ORDERS as follows:

To the extent the defense pursues a motion to compel, the motion must be filed by January 7. The government's response is due January 14, and the defense must file any reply by January 19.

DATED this _____ day of December, 2015.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Proposed Order Regarding Motion to Compel - 1
U.S. v. Farrell, CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970