Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-029RAJ |
|---|---|
| Plaintiff, | |
| | ORDER REGARDING MOTION |
| v. | TO COMPEL SCHEDULE |
| BRIAN RICHARD FARRELL, | |
| Defendant. | |

THE COURT, having considered the motion filed by the parties requesting a continuance of the motion to compel schedule, hereby GRANTS the motion (Dkt. #42) and ORDERS as follows:

To the extent the defense pursues a motion to compel, the motion must be filed by January 7.  The government's response is due January 14, and the defense must file any reply by January 19.  The hearing on the motion, previously set for January 7, 2016 is STRICKEN, to be reset if necessary.

DATED this 22nd day of December, 2015.

*Richard A. Jones*
_____

The Honorable Richard A. Jones
United States District Judge

Order Regarding Motion to Compel - 1
U.S. v. Farrell, CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970