Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>**[PROPOSED] ORDER REGARDING MOTION TO COMPEL SCHEDULE** |

THE COURT has considered the motion filed by the parties requesting a continuance of the motion to compel schedule and hereby ORDERS as follows:

To the extent the defense pursues a motion to compel, the motion must be filed by January 25, 2016. The government's response is due February 1, 2016, and the defense must file any reply by February 5, 2016.

DATED this _____ day of January, 2016.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Order Regarding Motion to Compel Schedule - 1
U.S. v. Farrell, CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970