JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | COUNSEL'S CERTIFICATION OF COMPLIANCE WITH CrR16 |
| BRIAN FARRELL, | |
| Defendant. | |

Undersigned counsel certifies the following:

(1) Counsel have engaged in a discovery conference as well as numerous further communications and have been unable to reach resolution of certain specific issues.

(2) Attached to the accompanying Motion to Compel Discovery are letters exchanged between the defense and the government attempting to resolve these issues.

(3) Despite these efforts, the issues outlined in the Motion to Compel Discovery have not been resolved and the government believes it is not required to produce any additional documents or information.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 25th day of January, 2016.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

COUNSEL'S CERTIFICATION OF
COMPLIANCE WITH CrR16
(*Brian Farrell*, CR15-029-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# CERTIFICATE OF SERVICE

1
2 I certify that on January 25, 2016, I electronically filed the foregoing document
3 with the Clerk of the Court using the CM/ECF system, which will send notification of
4 filing to all registered parties.

5     s/ *Charlotte Ponikvar*
      Paralegal
6     Office of the Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COUNSEL'S CERTIFICATION OF
COMPLIANCE WITH CrR16
(*Brian Farrell*, CR15-029-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**