Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-029RAJ |
| Plaintiff | |
| | UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| v. | |
| BRIAN FARRELL, | NOTED:  February 1, 2016 |
| Defendant. | |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, hereby seeks an order from this Court permitting the United States to file a response to the motion to compel in excess of the twelve-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington.  Specifically, the United States seeks the Court's approval to file a response that is up to 20 pages in length.  The United States seeks this authorization in order to fully respond to the defense motion, including to give the background history of the case, as well as to fully address the nine separate categories of documents sought by the defense.

UNITED STATES' MOTION TO FILE
IN EXCESS OF TWELVE PAGES
*United States v. Farrell,* CR15-029RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The defense does not object to the government's request.

2   DATED this 1st day of February, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Email: Thomas.Woods2@usdoj.gov

UNITED STATES' MOTION TO FILE
IN EXCESS OF TWELVE PAGES
*United States v. Farrell,* CR15-029RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

 /s/ Salee Porter
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4345
Fax:     (206) 553-4440
E-mail:  Salee.Porter@usdoj.gov

UNITED STATES' MOTION TO FILE
IN EXCESS OF TWELVE PAGES
*United States v. Farrell,* CR15-029RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970