Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>BRIAN FARRELL,<br><br>             Defendant. | NO. CR15-029RAJ<br><br>**[PROPOSED]**<br><br>ORDER GRANTING MOTION TO FILE A RESPONSE TO MOTION TO COMPEL IN EXCESS OF TWELVE PAGES |

    The Court, having reviewed the Motion of the United States to File a Response to Motion to Compel in Excess of Twelve Pages, hereby enters the following order:

    IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Motion to the Compel that is up to 20 pages in length.

    DATED this _____ day of February, 2016.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

ORDER GRANTING MOTION TO FILE - 1
IN EXCESSS OF TWELVE PAGES
*U.S. v. Farrell*/CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970