Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>**GOVERNMENT'S MOTION TO SEAL RESPONSE TO MOTION TO COMPEL AND ACCOMPANYING EXHIBITS** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully requests that the response to the motion to compel and accompanying exhibits be filed under seal because the response repeatedly references exhibits that were produced under a protective order in this case.

//

//

//

Government's Motion to Seal - 1
*U.S. v. Farrell/*CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Moreover, the motion to compel, and the response thereto, relate to matters that are the
2  subject of pending, ongoing criminal investigations.
3       DATED this 1st day of February, 2016.

                                        Respectfully submitted,

                                        ANNETTE L. HAYES
                                        United States Attorney


                                        */s/ Thomas M. Woods*
                                        THOMAS M. WOODS
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
                                        Telephone: (206) 553-7970
                                        E-mail: Thomas.Woods2@usdoj.gov

Government's Motion to Seal - 2
*U.S. v. Farrell/*CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  (206) 553-4345
Fax:     (206) 553-0755
E-mail:  Salee.Porter@usdoj.gov

Government's Motion to Seal - 3
U.S. v. Farrell/CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970