Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>**[PROPOSED] ORDER SEALING RESPONSE TO MOTION TO COMPEL AND ACCOMPANYING EXHIBITS** |

The Court, having considered the Government's motion and other records in this case, HEREBY grants the motion and SEALS the government's response to the motion to compel and accompanying exhibits.

DATED this _____ day of February, 2016.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Order Sealing
*U.S. v. Farrell*/CR15-029RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970