JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN FARRELL,<br><br>  Defendant. | No. CR15-029-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO COMPEL DISCOVERY |

THIS MATTER has come before the undersigned on the motion of defendant, Brian Farrell, to file Defendant's Motion to Compel Discovery under seal. The Court finds there are compelling reasons to permit the filing of the document under seal. Therefore,

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Dkt. #47) is GRANTED. Defendant's Motion to Compel Discovery, filed under Dkt. #48, shall remain filed under seal.

DATED this 3rd day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
MOTION TO COMPEL DISCOVERY
(*Brian Farrell*, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100