Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-029RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE A RESPONSE TO MOTION TO COMPEL IN EXCESS OF TWELVE PAGES |
| BRIAN FARRELL, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Response to Motion to Compel in Excess of Twelve Pages, and finding good cause, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion for Leave to File Overlength Brief (Dkt. #49) is GRANTED. The United States may file its Response to Defendant's Motion to the Compel that is up to 20 pages in length.

DATED this 3rd day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE - 1
IN EXCESSS OF TWELVE PAGES
*U.S. v. Farrell*/CR15-029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970