Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029RAJ<br><br>ORDER SEALING RESPONSE<br>TO MOTION TO COMPEL<br>AND ACCOMPANYING EXHIBITS |

The Court, having considered the Government's Motion to Seal and other records in this case, and finding good cause, hereby GRANTS the Motion to Seal (Dkt. #50). The Government's response and accompanying exhibits filed under Dkt. #51 shall remain under seal.

DATED this 3rd day of February, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Response
*U.S. v. Farrell*/CR15-029RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970