JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | MOTION TO SEAL DEFENDANT'S REPLY ON MOTION TO COMPEL DISCOVERY |
| BRIAN FARRELL, | |
| Defendant. | |

COMES NOW the defendant, Brian Farrell, by his counsel, and hereby moves this Court to order that the Defendant's Reply on Motion to Compel Discovery be filed under seal and secured from public access until further order of the Court.

On December 10, 2015, this Court signed a Discovery Protective Order that governs sensitive discovery material in this case based on ongoing government investigations.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said files, records, and documents from public view, thereby constituting a compelling reason to order that this Reply be sealed.

DATED this 5th day of February, 2016.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

MOTION TO SEAL REPLY ON
MOTION TO COMPEL DISCOVERY
(*Brian Farrell*, CR15-029-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

MOTION TO SEAL REPLY ON
MOTION TO COMPEL DISCOVERY
(*Brian Farrell*, CR15-029-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**