JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY ON MOTION TO COMPEL DISCOVERY |
| BRIAN FARRELL, | (PROPOSED) |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Brian Farrell, to file Defendant's Reply on Motion to Compel Discovery under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Reply on Motion to Compel Discovery under seal.

DATED this ____ day of February, 2016.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

ORDER GRANTING MOTION
TO SEAL REPLY ON MOTION
TO COMPEL DISCOVERY
(*Brian Farrell*, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100