JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY ON MOTION TO COMPEL DISCOVERY |
| BRIAN FARRELL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Brian Farrell, to file defendant's Reply on Motion to Compel Discovery under seal. The Court finds there are compelling reasons to permit the filing of the document under seal. Therefore,

IT IS HEREBY ORDERED that defendant's Motion to Seal (Dkt. #55) is GRANTED. Defendant's Reply on Motion to Compel Discovery shall remain under seal.

DATED this 10th day of February, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL REPLY ON MOTION
TO COMPEL DISCOVERY
(*Brian Farrell*, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100