——— FILED ——— ENTERED
——— LODGED ——— RECEIVED   Magistrate Judge Mary Alice Theiler

MAR 11 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant | NO. CR15-029RAJ<br><br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//
//
//

CONSENT TO RULE 11 PLEA - 1
U.S. v. FARRELL/CR15-029RAJ

1  District Judge will then decide whether to accept or reject my plea of guilty and any plea

2  agreement I may have with the United States and will adjudicate guilt and impose sentence.

3

4        DATED this ⎦⎦ day of March, 2016.

5

6

7        _____

8        BRIAN FARRELL
         Defendant

9

10       _____

11       NANCY TENNEY
         Attorney for Defendant

12

13

14       APPROVED:

15

16       _____

17       THOMAS M. WOODS
         Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO RULE 11 PLEA - 2
U.S. v. FARRELL/CR15-029RAJ