Magistrate Judge Mary Alice Theiler

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9
          Plaintiff,

10

11
          v.

12

BRIAN FARRELL,

13
          Defendant.

NO. CR15-029RAJ

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

14
15       The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

16 P., and has entered a plea of guilty in Count 1 to the Indictment. After examining the

17 defendant under oath, I determined that the guilty plea was knowingly, intelligently, and

18 voluntarily made, and that the offense charged is supported by an independent basis in fact

19 containing each of the essential elements of such offense. I therefore ordered a presentence

20 report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim.

21 P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have sentence

22 imposed.

23       DATED this _11_ day of March, 2016.

24
25
          MARY ALICE THEILER

26
          United States Magistrate Judge

27
             **NOTICE**
Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days.

28 28 U.S.C. § 636(b)(1)(B)

REPORT & RECOMMENDATION - 1
U.S. v. FARRELL/CR15-029RAJ