Judge Richard A Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RICHARD FARRELL,<br><br>Defendant. | CASE NO. CR15-0029RAJ<br><br>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**<br><br>Note on Motion Calendar:<br>**Friday, June 3, 2016** |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, respectfully moves this Court for the entry of a Preliminary Order of Forfeiture forfeiting BRIAN RICHARD FARRELL's interest in the following property:

(a) $35,000.00 in U.S. Currency, seized from the defendant's residence in Bellevue, Washington, on January 2, 2015; and

(b) Multiple Silver Bullion Bars, seized from the defendant's residence in Bellevue, Washington, on January 2, 2015:

    1. Qty. 31 – 1 oz. Silver Bullion Bars; and

    2. Qty. 21 – 10 oz. Silver Bullion Bars.

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 1
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     This motion is based upon the guilty plea of BRIAN RICHARD FARRELL to the
2 offense of *Conspiracy to Distribute Heroin, Cocaine, and Methamphetamine*, the lesser-
3 included offense of that charged in Count One (1) of the Indictment, Dkt. No. 18, in
4 violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846, and upon
5 the terms of the defendant's Plea Agreement, Dkt. No. 61, in which the defendant agrees
6 that the above-described property is subject to forfeiture as property constituting, or
7 derived from, proceeds Defendant obtained, directly or indirectly, or any property used,
8 or intended to be used, to commit or to facilitate the commission of such violation to
9 which the defendant has pleaded guilty.

10     Accordingly, the Court is respectfully requested to enter a Preliminary Order of
11 Forfeiture, forfeiting the defendant's interest in the above-described property to the
12 United States of America. A proposed Preliminary Order of Forfeiture has been
13 submitted herewith.

14     DATED this 26th day of May, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone: (206) 553-4665
Facsimile: (206) 553-6934
E-mail:  Richard.E.Cohen@usdoj.gov

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 2
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

   s/ Ellaine M. Wi
ELLAINE M. WI, FSA Paralegal III
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Ellaine.Wi@usdoj.gov

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 3
U.S. v. Brian Richard Farrell, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970