Judge Richard A Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN RICHARD FARRELL,<br><br>        Defendant. | CASE NO. CR15-0029RAJ<br><br>**MOTION FOR PRELIMINARY<br>ORDER OF FORFEITURE**<br><br>Note on Motion Calendar:<br>**Friday, June 3, 2016** |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, respectfully moves this Court for the entry of a Preliminary Order of Forfeiture forfeiting BRIAN RICHARD FARRELL's interest in the following property:

(a)    $35,000.00 in U.S. Currency, seized from the defendant's residence in Bellevue, Washington, on January 2, 2015; and

(b)    Multiple Silver Bullion Bars, seized from the defendant's residence in Bellevue, Washington, on January 2, 2015:

    1.    Qty. 31 – 1 oz. Silver Bullion Bars; and

    2.    Qty. 21 – 10 oz. Silver Bullion Bars.

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 1
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    This motion is based upon the guilty plea of BRIAN RICHARD FARRELL to the

2    offense of *Conspiracy to Distribute Heroin, Cocaine, and Methamphetamine*, the lesser-

3    included offense of that charged in Count One (1) of the Indictment, Dkt. No. 18, in

4    violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846, and upon

5    the terms of the defendant's Plea Agreement, Dkt. No. 61, in which the defendant agrees

6    that the above-described property is subject to forfeiture as property constituting, or

7    derived from, proceeds Defendant obtained, directly or indirectly, or any property used,

8    or intended to be used, to commit or to facilitate the commission of such violation to

9    which the defendant has pleaded guilty.

10   Accordingly, the Court is respectfully requested to enter a Preliminary Order of

11   Forfeiture, forfeiting the defendant's interest in the above-described property to the

12   United States of America.  A proposed Preliminary Order of Forfeiture has been

13   submitted herewith.

14   DATED this 26th day of May, 2016.

15                              Respectfully submitted,

16                              ANNETTE L. HAYES
                                United States Attorney
17

18                               s/ Richard E. Cohen
                                _____
19                              RICHARD E. COHEN
                                Assistant United States Attorney
20                              United States Attorney's Office
                                700 Stewart Street, Suite 5220
21                              Seattle, WA  98101-1271
                                Telephone: (206) 553-4665
22                              Facsimile: (206) 553-6934
23                              E-mail:  Richard.E.Cohen@usdoj.gov

24

25

26

27

28

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 2
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on May 26, 2016, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing

4   to the attorney of record for the defendant.

5

6                                 s/ Ellaine M. Wi

7                                 ELLAINE M. WI, FSA Paralegal III
                                  United States Attorney's Office
8                                 1201 Pacific Avenue, Suite 700
                                  Tacoma, WA  98402
9                                 Telephone:  (253) 428-3800
                                  Facsimile:  (253) 428-3826
10                                E-mail:  Ellaine.Wi@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR PRELIMINARY ORDER OF FORFEITURE - 3
*U.S. v. Brian Richard Farrell*, Case No. CR15-0029RAJ