JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-029-RAJ |
| Plaintiff, ) | |
| ) | MOTION TO SEAL DEFENDANT'S |
| v. ) | SENTENCING MEMORANDUM |
| ) | |
| BRIAN FARRELL, ) | |
| Defendant. ) | |

COMES NOW the defendant, Brian Farrell, by his counsel, and hereby moves this Court to order that the Defendant's Sentencing Memorandum be filed under seal and secured from public access until further order of the Court.

This motion is based upon the sensitive and confidential nature of information contained in said document which, if made public, could result in irreparable harm to the defendant and his family.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said files, records, and documents from public view, thereby constituting a compelling reason to order that this Defendant's Sentencing Memorandum be sealed.

DATED this 27th day of May, 2016.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

MOTION TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*Brian Farrell*, CR15-029-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# CERTIFICATE OF SERVICE

I certify that on May 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

MOTION TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*Brian Farrell*, CR15-029-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**