JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-029-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| BRIAN FARRELL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant Brian Farrell to file Defendant's Sentencing Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Dkt. #68) is GRANTED. Defendant shall be permitted to file Defendant's Sentencing Memorandum under seal.

DATED this 3rd day of June, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*Brian Farrell*, CR15-029-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100