WA/WD PTS-WAR-AH
(06/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Farrell**, Brian Richard | July 5, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Brian A. Tsuchida, United States Magistrate Judge | 2:15-cr-00029-RAJ-1 |
| Original Offense | Date Supervision Commenced |
| Conspiracy to Distribute Cocaine, Heroin, and Methamphetamine | January 22, 2015 |

## PETITIONING THE COURT

☒ To issue a warrant under seal

The Probation Officer believes that the defendant has violated the following conditions of supervision:

### Nature of Noncompliance

1. Mr. Farrell has violated the bond condition which states he shall not use, consume, or possess any controlled substances, unless the substance is prescribed by a physician, by possessing Vicodin and Percocet on or about July 5, 2016.

2. Mr. Farrell has violated a special condition of his bond which states he shall not use, consume, or possess alcohol unless prescribed by a physician by consuming beer on or about July 4, 2016.

**Nature of Violation Conduct**: On July 5, 2016, this officer was contacted by Mr. Farrell's brother who advised following the defendant's presence at his home, three Vicodin tablets were missing from his prescription bottle. He further advised that the defendant's other brother reported 6-7 Vicodin tablets were missing from his prescription bottle, following the defendant's presence in his home. This officer contacted the defendant's mother/3rd party custodian who advised she had just checked her prescriptions and 20 Vicodin and Percocet tablets were missing from her prescription bottles as well. All family members presume Mr. Farrell took their medications without their permission. Additionally, they disclosed Mr. Farrell consumed alcohol on July 4, 2016, while watching fireworks.

Of particular concern is the fact that the defendant is pending self surrender on July 13, 2016. According to the defendant's family, has a history of suicidal ideation and they are concerned he may be taking the medication in an effort to avoid incarceration/attempt suicide. In light of their concerns of self harm, they have asked the defendant not be confronted regarding these violations.

### U.S. Probation Officer Recommendation:
☒ Revoke the bond

☒ Detention pending final adjudication due to:
☒ Risk of nonappearance
☒ Danger to community

Case 2:15-cr-00029-RAJ   Document 76   Filed 07/05/16   Page 2 of 2

The Honorable Brian A. Tsuchida, United States Magistrate Judge    Page 2 of 2
Petition for Warrant for Defendant Under Pretrial Services Supervision       7/5/2016

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of July, 2016.

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Julie M. Busic
Supervising U.S. Probation Officer

Christina Lacy
U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ **The Issuance of a Warrant under seal**
(conditions of supervision shall remain in effect pending final adjudication)

Brian A. Tsuchida,
United States Magistrate Judge

7/5/2016
Date