AO 442 (Rev. 11/11)  Arrest Warrant

## United States District Court
### for
### Western District of Washington

FILED _____ LODGED
_____ RECEIVED
**JUL 08 2016**
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

United States of America
v.

**Brian Richard Farrell**

*Defendant*

Case No. **2:15-cr-00029-RAJ-1**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Brian Richard Farrell**                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☒ Pretrial Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Possession of prescription drugs and consuming alcohol.

Date:  7/5/2016

_____
*Issuing officer's signature*

City and State:   Seattle, WA

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/5/16 , and the person was arrested on *(date)* 7/8/16 at *(city and state)* Clark County |
| Date: 7/8/16         _____ *Arresting officer's signature* |
| BEATRICE PHARR DUSY *Printed name and title* |