The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN RICHARD FARRELL,<br>Defendant. | NO. CR15-029-RAJ<br><br>**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Michelle Jensen hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Michelle Jensen at:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2619
E-mail:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 7th day of December, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

s/ Michelle Jensen
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2619
E-mail: Michelle.Jensen@usdoj.gov

UNITED STATES' NOTICE OF APPEARANCE - 2
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ Ellaine M. Wi
ELLAINE M. WI, FSA Paralegal III
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Ellaine.Wi@usdoj.gov

UNITED STATES' NOTICE OF APPEARANCE - 3
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970