The Hon. Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN RICHARD FARRELL,

Defendant.

NO. CR15-029-RAJ

**MOTION FOR ENTRY OF A
FINAL ORDER OF FORFEITURE**

NOTE ON MOTION CALENDAR:
Friday, December 16, 2016

18  The United States, by and through its undersigned counsel, moves pursuant to

19  Fed. R. Crim. P. 32.2(c)(2) for entry of a Final Order of Forfeiture forfeiting to the

20  United States the following property, which has already been forfeited by Defendant

21  Brian Farrell ("Defendant"):

22  1) $35,000.00 in U.S. Currency, seized from Defendant's residence in Bellevue,
23     Washington, on January 2, 2015; and,

24  2) Multiple Silver Bullion Bars, seized from Defendant's residence in Bellevue,
25     Washington, on January 2, 2015, as follows:

26     a) Qty. 31 – 1 oz. Silver Bullion Bars; and,

27     b) Qty. 21 – 10 oz. Silver Bullion Bars.

28

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - 1
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1    This motion is based on the following procedural facts, which are reflected in the

2 pleadings filed and orders entered in this matter, as well as the supporting declaration of

3 Assistant United States Attorney ("AUSA") Michelle Jensen. On March 11, 2016,

4 Defendant entered a plea agreement in which he agreed to forfeit his interest in the

5 above-identified property pursuant to 21 U.S.C. § 853 (providing for the forfeiture of

6 property used to facilitate, or constituting proceeds of, conspiracy to distribute controlled

7 substances). *See* Dkt. No. 61. At sentencing on June 3, 2016, the Court entered a

8 Preliminary Order of Forfeiture finding this property forfeitable pursuant to

9 21 U.S.C. § 853 and forfeiting Defendant's right, title and interest in it. *See* Dkt. No. 72.

10    Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P.

11 32.2(b)(6)(C), the United States published notice of the Preliminary Order and its intent

12 to dispose of this property in accord with governing law. *See* Dkt. No. 75. That notice

13 informed any third parties claiming an interest in the property they were required to file a

14 petition with the Court within 60 days of the notice's first publication on June 5, 2016.

15 *See id.* As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice

16 and a copy of the Preliminary Order to an individual who appeared to be a potential

17 claimant, based on the underlying investigative and administrative material. *See*

18 Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of

19 Forfeiture ("Jensen Decl."), ¶¶ 2-4, Exs. A - C. Despite the United States' best efforts to

20 serve that individual at two different addresses, all notices were ultimately returned as

21 undeliverable. *See* Jensen Decl., ¶¶ 2-4, Exs. A - C. At this juncture, no third-party has

22 filed a petition for the above-identified property, and the period for doing so has now

23 expired. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6) and Fed. R. Civ. P., Supp.

24 R. G(5)(a)(ii).

25    ///

26    ///

27

28

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - 2
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

1    As Defendant's rights in the above-identified property have been forfeited to the

2  United States and ancillary proceedings have now concluded, the United States

3  respectfully requests the Court enter a Final Order forfeiting it to the United States. A

4  proposed Order is submitted with this motion.

5    DATED this 7th day of December, 2016.

6                                        Respectfully submitted,

7                                        ANNETTE L. HAYES

8                                        United States Attorney

9                                         s/ Michelle Jensen

10                                        MICHELLE JENSEN, WSBA #36611

11                                        Assistant United States Attorney
                                          United States Attorney's Office

12                                        700 Stewart Street, Suite 5220
                                          Seattle, WA  98101-1271

13                                        Telephone:  (206) 553-2619

14                                        E-mail:  Michelle.Jensen@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - 3
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

 s/ Ellaine M. Wi
ELLAINE M. WI, FSA Paralegal III
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Ellaine.Wi@usdoj.gov

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - 4
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ