UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RICHARD FARRELL,<br><br>Defendant. | NO. CR15-029-RAJ<br><br>**DECLARATION OF<br>AUSA MICHELLE JENSEN<br>IN SUPPORT OF<br>MOTION FOR ENTRY OF A<br>FINAL ORDER OF FORFEITURE** |

I, MICHELLE JENSEN, declare and say:

1. I am a duly appointed Assistant United States Attorney ("AUSA") for the Western District of Washington. I am assigned to this case, along with AUSAs Thomas Woods and Richard Cohen.

2. On July 6, 2016, after reviewing the relevant investigative and administrative material for potential claimants, the United States sent direct notice of the pending currency forfeiture to Steve Phelps via U.S. Certified Mail to his last known address. A true and correct copy of that notice is attached as **Exhibit A**.

3. That notice was returned to the United States as undeliverable on July 11, 2016, but the return label indicated a forwarding address. On July 14, 2016, the

Declaration of AUSA Jensen in Support of
Motion for Entry of Final Order of Forfeiture - 1
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  United States re-sent notice to Mr. Phelps via U.S. Certified Mail to that forwarding
2  address. A true and correct copy of that notice is attached as **Exhibit B**.
3      4. The second notice was returned as undeliverable on August 9, 2016 – this
4  time with no forwarding address. On October 19, 2016, the United States sent notice
5  again to both address – this time via U.S. Priority Mail with tracking. A true and correct
6  copy of the tracking records for those notices is attached as **Exhibit C**. Both notices were
7  returned as undeliverable.
8      I declare under penalty of perjury that the foregoing is true and correct.
10     EXECUTED on this 7th day of December, 2016 at Seattle, Washington.

    s/ Michelle Jensen
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-2619
E-mail:  Michelle.Jensen@usdoj.gov

Declaration of AUSA Jensen in Support of
Motion for Entry of Final Order of Forfeiture - 2
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970