# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Richard E. Cohen*
*Assistant United States Attorney*
*Direct Line: (206) 553-2242*

700 Stewart Street, Suite 5220     Tel: (206) 553-7970
Seattle WA, 98101-1271              Fax: (206) 553-6934
www.usdoj.gov/usao/waw

July 1, 2016

**VIA CERTIFIED MAIL**
7015 0640 0004 7209 0472

Steve Phelps

Bellevue, WA 98006

    Re:    Notice of Third Party Petitioner Procedure for Property Forfeited in:
             *United States v. Brian Richard Farrell*
             Case No. CR15-0029RAJ, U.S.D.C., Western District of Washington

Dear Mr. Phelps:

       Enclosed is a copy of the Preliminary Order of Forfeiture in the criminal case filed against Brian Richard Farrell. This letter and enclosure give you actual notice of which property has been forfeited in the criminal case. If you believe that you have title to any of the property superior to the interest of the United States or if you are a bona fide purchaser for value without reasonable cause to believe that a property was subject to forfeiture, you have a right to file a petition claiming an interest in such property. Neither the defendant in the criminal case, nor their agents, are entitled to file a petition.

       If you intend to file a petition, you must do so pursuant to Title 21, United States Code, Section 853(n), and it must be filed within thirty (30) days of your receipt of this letter. Your petition must be filed in the United States District Court for the Western District of Washington in Seattle, with the case number CR15-0029RAJ clearly written on the petition. The address for the United States District Court is: United States District Court, Clerk's Office – Lobby Level, 700 Stewart Street, Seattle, Washington 98101. The petition should be signed by you under penalty of perjury and should set forth the nature and extent of your interest in the property, the date and circumstances under which you acquired your interest, and any additional facts supporting your claim.

Steve Phelps
July 1, 2016
Page 2 of 2

    A copy of the petition should also be sent to this office to my attention, along with copies of any documents which show you have an interest in the property.

                                      Sincerely,
                                      ANNETTE L. HAYES
                                      United States Attorney

                                      Richard E. Cohen
                                      Assistant United States Attorney

REC:emw
Enclosures





**U.S. Department of Justice**

United States Attorney
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7015 0640 0004 7209 0472

US POSTAGE $06.94
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE
Mailed From 98101
07/06/2016

SEATTLE WA 980
06 JUL '16
PM 4 L

Steve Phelps
[REDACTED]
Bellevue, WA 98006

COPY RECEIVED
JUL 11 2016
UNITED STATES ATTORNEY
TACOMA, WASHINGTON

FORWARD TIME EXP RTN TO SEND
PHELPS STEVEN
SEATTLE WA 98122-6210
RETURN TO SENDER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Steve Phelps
Bellevue, WA 98006

2. Article Number (Transfer from service label)
7015 0640 0004 7209 0472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9403 0376 5163 6414 25

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**U.S. OFFICIAL MAIL US POSTAGE $00.94**
PENALTY FOR PRIVATE USE $300
Mailed From 98101
07/06/2016
031A 0003330333

SEATTLE
WA 980
06 JUL '16
PM 7 L

..t of Justice
...ates Attorney
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305
Official Business
Penalty for Private Use $300

COPY RECEIVED
JUL 11 2016
UNITED STATES ATTORNEY
TACOMA, WASHINGTON

Steve Phelps
[redacted]
Bellevue, WA 98006

FORWARD TIME EXP RTN TO SEND
PHELPS, STEVEN
SEATTLE WA 98122-6210
RETURN TO SENDER

980 N7E 1  3157007/05/16

98402>4383
9800:6185938

# Exhibit B





# Exhibit C

Wi, Ellaine (USAWAW) (Contractor)
___

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, October 31, 2016 1:19 PM |
| **To:** | Wi, Ellaine (USAWAW) (Contractor) |
| **Subject:** | USPS Item Delivered, Front Desk/Reception for Shipment 9114901230801869856029 |



Tracking Number: 9114901230801869856029

**Hello Ellaine Wi,**

**Thank you for using USPS.com.**

This is a post-only message. Please do not respond.

Ellaine Wi has requested that you receive a USPS Tracking® update, as shown below.

USPS Tracking® e-mail update information provided by the U.S. Postal Service.

Tracking Number: 9114901230801869856029

Service Type: USPS Tracking®

| Shipment Activity | Location | Date & Time | Shipping Partner |
|---|---|---|---|
| Delivered, Front Desk/Reception | TACOMA, WA 98402 | October 27, 2016 10:41 am | |
| Out for Delivery | TACOMA, WA 98402 | October 27, 2016 8:39 am | |
| Sorting Complete | TACOMA, WA 98402 | October 27, 2016 8:29 am | |
| Arrived at Post Office | TACOMA, WA 98402 | October 27, 2016 5:58 am | |
| Departed USPS Facility | SEATTLE, WA 98168 | October 26, 2016 5:52 pm | |
| Arrived at USPS Facility | SEATTLE, WA 98168 | October 26, 2016 12:20 pm | |
| Arrived at USPS Facility | KENT, WA 98032 | October 26, 2016 12:44 am | |
| Forwarded | BELLEVUE, WA | October 20, 2016 7:24 pm | |
| Out for Delivery | BELLEVUE, WA 98006 | October 20, 2016 7:39 am | |

1

| | | |
|---|---|---|
| Sorting Complete | BELLEVUE, WA 98006 | October 20, 2016 7:29 am |
| Arrived at Post Office | BELLEVUE, WA 98005 | October 20, 2016 5:58 am |
| Arrived at USPS Facility | REDMOND, WA 98052 | October 20, 2016 2:40 am |
| Departed USPS Facility | SEATTLE, WA 98168 | October 20, 2016 1:56 am |
| Arrived at USPS Facility | SEATTLE, WA 98168 | October 19, 2016 7:12 pm |
| Departed Post Office | SEATTLE, WA 98101 | October 19, 2016 6:14 pm |
| Acceptance | SEATTLE, WA 98101 | October 19, 2016 9:30 am |

Reminder: USPS Tracking® by email

Date of email request: October 31, 2016

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the USPS Tracking® by email process again at the end of the 2 weeks, please do so at the USPS Tracking® site at http://www.usps.com/shipping/uspstrackingfaqs.htm

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking™ by texting your tracking number to 28777 (2USPS™) or selecting the Text Update option on our USPS Tracking® site. Standard Message and Data Rates may apply.
For more information go to https://www.usps.com/text-tracking/welcome.htm

Download USPS Mobile®



USPS.com| Privacy Policy| Customer Service| FAQs



This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

**Wi, Ellaine (USAWAW) (Contractor)**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, October 31, 2016 1:14 PM |
| **To:** | Wi, Ellaine (USAWAW) (Contractor) |
| **Subject:** | USPS Item Arrived at Post Office for Shipment 9114901230801869856012 |



Tracking Number: 9114901230801869856012

**Hello Ellaine Wi,**

**Thank you for using USPS.com.**

This is a post-only message. Please do not respond.

Ellaine Wi has requested that you receive a USPS Tracking® update, as shown below.

USPS Tracking® e-mail update information provided by the U.S. Postal Service.

Tracking Number: 9114901230801869856012

Service Type: USPS Tracking®

| Shipment Activity | Location | Date & Time | Shipping Partner |
|---|---|---|---|
| Arrived at Post Office | TACOMA, WA 98402 | October 26, 2016 6:16 am | |
| Arrived at USPS Facility | FEDERAL WAY, WA 98003 | October 26, 2016 12:14 am | |
| Undeliverable as Addressed | SEATTLE, WA 98134 | October 22, 2016 10:00 am | |
| Undeliverable as Addressed | SEATTLE, WA 98122 | October 21, 2016 1:11 pm | |
| Delivered, In/At Mailbox | SEATTLE, WA 98122 | October 20, 2016 2:04 pm | |
| Out for Delivery | SEATTLE, WA 98122 | October 20, 2016 8:33 am | |
| Sorting Complete | SEATTLE, WA 98122 | October 20, 2016 8:23 am | |
| Arrived at Post Office | SEATTLE, WA 98134 | October 20, 2016 8:21 am | |
| Arrived at USPS Facility | SEATTLE, WA 98134 | October 20, 2016 5:20 am | |

| | | |
|---|---|---|
| Departed USPS Facility | SEATTLE, WA 98168 | October 20, 2016 4:46 am |
| Arrived at USPS Facility | SEATTLE, WA 98168 | October 19, 2016 7:11 pm |
| Departed Post Office | SEATTLE, WA 98101 | October 19, 2016 6:14 pm |
| Acceptance | SEATTLE, WA 98101 | October 19, 2016 9:30 am |

Reminder: USPS Tracking® by email

Date of email request: October 31, 2016

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the USPS Tracking® by email process again at the end of the 2 weeks, please do so at the USPS Tracking® site at http://www.usps.com/shipping/uspstrackingfaqs.htm

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking™ by texting your tracking number to 28777 (2USPS™) or selecting the Text Update option on our USPS Tracking® site. Standard Message and Data Rates may apply.
For more information go to https://www.usps.com/text-tracking/welcome.htm

Download USPS Mobile®



USPS.com| Privacy Policy| Customer Service| FAQs

      

This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.