The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>BRIAN RICHARD FARRELL,<br><br>    Defendant. | NO. CR15-029-RAJ<br><br>[PROPOSED]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1)  $35,000.00 in U.S. Currency, seized from Defendant Brian Farrell's ("Defendant's") residence in Bellevue, Washington, on January 2, 2015; and,

2)  Multiple Silver Bullion Bars, seized from Defendant's residence in Bellevue, Washington, on January 2, 2015, as follows:

   a)  Qty. 31 – 1 oz. Silver Bullion Bars; and,

   b)  Qty. 21 – 10 oz. Silver Bullion Bars.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate at this juncture because:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   • in the plea agreement Defendant entered on March 11, 2016 (Dkt. No. 61), he

2       forfeited his interest in the above-identified property pursuant to

3       21 U.S.C. § 853 (providing for the forfeiture of property used to facilitate, or

4       constituting proceeds of, conspiracy to distribute controlled substances);

5   • at Defendant's sentencing on June 3, 2016, the Court entered a Preliminary

6       Order of Forfeiture forfeiting his interest in the above-identified property (Dkt.

7       No. 72);

8   • thereafter, the United States published notice of the forfeiture as required by

9       21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6) and made best efforts to

10      directly notify a potential claimant (Dkt. No. 75 and Motion); and,

11  • the time for filing third-party petitions has expired, and none were filed.

12

13  NOW, THEREFORE, THE COURT ORDERS:

14  1)  No right, title, or interest in the above-identified property exists in any party

15      other than the United States;

16  2)  The above-identified property is fully and finally condemned and forfeited,

17      in its entirety, to the United States; and,

18  3)  The United States Marshals Service, and/or its representatives, are

19      authorized to dispose of the above-identified property as permitted by

20      governing law.

21

22  IT IS SO ORDERED.

23      DATED this _____ day of December, 2016.

24

25

26      _____

27      RICHARD A. JONES
        United States District Judge

28

[Proposed] FINAL ORDER OF FORFEITURE - 2
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

Presented by:

2

 s/ Michelle Jensen
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-2619
E-mail:  Michelle.Jensen@usdoj.gov

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] FINAL ORDER OF FORFEITURE - 3
*U.S. v. Brian Richard Farrell*, CR15-029-RAJ