The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN RICHARD FARRELL,<br>Defendant. | NO. CR15-029-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1) $35,000.00 in U.S. Currency, seized from Defendant Brian Farrell's ("Defendant's") residence in Bellevue, Washington, on January 2, 2015; and,

2) Multiple Silver Bullion Bars, seized from Defendant's residence in Bellevue, Washington, on January 2, 2015, as follows:

   a) Qty. 31 – 1 oz. Silver Bullion Bars; and,

   b) Qty. 21 – 10 oz. Silver Bullion Bars.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate at this juncture because:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- in the plea agreement Defendant entered on March 11, 2016 (Dkt. No. 61), he forfeited his interest in the above-identified property pursuant to 21 U.S.C. § 853 (providing for the forfeiture of property used to facilitate, or constituting proceeds of, conspiracy to distribute controlled substances);
- at Defendant's sentencing on June 3, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting his interest in the above-identified property (Dkt. No. 72);
- thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6) and made best efforts to directly notify a potential claimant (Dkt. No. 75 and Motion); and,
- the time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the above-identified property exists in any party other than the United States;

2) The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3) The United States Marshals Service, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 15th day of December, 2016.

The Honorable Richard A. Jones
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970