The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN RICHARD FARRELL, <br><br> Defendant. | No. CR15-0029-RAJ <br><br> **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Assistant United States Attorney Michelle Jensen hereby withdraws as attorney of record for the United States.

DATED this 4th day of April, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 s/ Michelle Jensen
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Notice of Withdrawal - 1
*U.S. v. Brian Richard Farrell,* CR15-0029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

   s/ Ellaine M. Wi
ELLAINE M. WI, FSA Paralegal III
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Ellaine.Wi@usdoj.gov

Notice of Withdrawal - 2
*U.S. v. Brian Richard Farrell,* CR15-0029-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970