Print Form

CUSTOMS & BORDER PROTECTION

2016 DEC 19 A 10: 07

FP & F SEATTLE



___ FILED      ___ ENTERED
___ LODGED    ___ RECEIVED

MAY 1 1 2017    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# Department of the Treasury
### Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATE OF AMERICA | **COURT CASE NUMBER** CR15-0029RAJ |
| **DEFENDANT** BRIAN RICHARD FARRELL | **TYPE OF PROCESS** Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$35,000.00 in U.S. Currency; and Multiple Silver Bullion Bars
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Michelle Jensen, AUSA / emw
United States Attorney's Office, Attn.: AFU
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)**

Pursuant to the attached Final Order of Forfeiture, please dispose of the above-referenced property in accordance with law. Thank you.

CATS ID Nos. 15-ICE-000510 and 15-ICE-000511

Signature of Attorney or other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT
*[signature]* Michelle Jensen

TELEPHONE NO. (206) 553-2242

DATE 12/16/16

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the total number Of process indicated
District of Origin No. ____
District to Serve No. ____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER *[signature]* Inga Jorson
DATE 12/19/2016

☐ I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE | TIME OF SERVICE | ☐ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:** The property referenced above has remained in continuous custody of DHS since its seizure on 01/02/2015.

TD F 90-22.48 (6/86)

$35,000.00 disposed of via transfer to TFF 12-19-2016
Inga Zing  Inga A Zing  U.S. C.B.P. 1000 2d Ave. Suite 2100 Seattle WA