**FEDERAL PUBLIC DEFENDER**
Western District of Washington

January 25, 2021

Via email to SHE/ExecAssistant@bop.gov
Warden, FCI Sheridan
Satellite Camp

Via email to GCho@bop.gov
George Cho

Via email to DWong@bop.gov
Dennis M. Wong

     Re: Brian Farrell, Fed. Reg. No. 43741-086

To whom it may concern:

     I am writing to request compassionate release for my medically at-risk client, Brian Farrell.  Mr. Farrell is classified as minimum security and minimum future risk.  He also has a verifiable release plan and transportation home.  Releasing Mr. Farrell to supervised release will decrease the population and risk at FCI Sheridan without endangering the greater community.

     Mr. Farrell should be granted compassionate release because he is not receiving necessary medical treatment at FDC Sheridan and this lack of care places him at increased risk for more severe complications should he contract COVID-19.  In March of 2020, Mr. Farrell was hospitalized due to a severe viral illness that was never identified.  Although he received a negative result on a test for COVID-19, Mr. Farrell questions whether that test was administered properly.  In any event, since his hospitalization, Mr. Farrell has suffered fatigue, shortness of breath and an abnormal heartbeat.  Mr. Farrell informed the medical staff of these conditions and ultimately, in August 2020, he was referred by prison medical staff for chest x-rays, an echocardiogram and an outside cardiology appointment.  Despite his repeated inquiries, five months later these appointments still have not been scheduled.  Accordingly, Mr. Farrell requests compassionate release so that

**Ex A, p. 1**

he may attend to these medical issues - which are even more serious in light of COVID-19 - in the community.

As you know, Mr. Farrell has maintained a good record of conduct throughout his term of confinement, with absolutely no infractions over the past year. He currently is housed at the minimum-security camp and his PATTERN risk assessment is minimum. Although his offense of conviction is conspiracy to distribute controlled substances, he has no previous criminal history and has never engaged in any violent activity. Following his initial arrest, Mr. Farrell was released by the court and lived with his parents on pretrial supervision well over a year without incident before self-surrendering to serve his sentence.

If released, Mr. Farrell intends to return to live with his parents. Mr. Farrell's parents, Robert and Nancy, may be reached at (360) 631-2687 or (206) 909-4111. They reside in their own home at 2342 Jathom Lane, Longview, WA 98632. Mr. Farrell could reside there and the home has sufficient space for him to self-quarantine if deemed necessary. In addition, the Farrells can provide transportation for their son from the institution to their home.

For these reasons, we respectfully request Mr. Farrell be granted compassionate release and allowed to return home to live with his parents so that he can receive appropriate medical care.

                Sincerely,

                /s/*Nancy Tenney*
                Nancy Tenney
                Assistant Federal Public Defender
                Federal Public Defender's Office
                Western District of Washington
                1601 5th Avenue, Suite 700
                Seattle, WA  98101
                (206) 553-1100
                Nancy_Tenney@fd.org