Brian Farrell - 43741-086
Sheridan Prison Camp, Unit 5, Wing 8, 4L
P.O. Box 6000
Sheridan, OR 97378

PORTLAND OR 972
10 FEB 2021 PM 4 L

RECEIVED
FEB 12 2021
FEDERAL PUBLIC DEFENDER

Nancy Tenney, Attorney at Law
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101

98101-184275

Ex B, p. 1

Compassionate Release/Reduction in Sentence Response

NAME: FARRELL, Brian Richard    REGISTER NUMBER: 43741-086

HOUSING UNIT: 5B/6B    DATE OF REQUEST: January 26, 2021

☐ Your request has been reviewed for consideration under 18 U.S.C. 4205(g) or 3582(c)(1)(A). Upon investigation of the request it has been determined that the request warrants **approval** at this level and the matter shall be referred for consideration to the Office of General Counsel.

☒ Your request has been reviewed for consideration under 18 U.S.C. 4205(g) and 3582(c)(1)(A). Upon investigation of the request it has been determined that the request warrants **denial** at this level and the matter shall not be referred for consideration to the Office of General Counsel. Specifically, Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Your request has been evaluated consistent with this general guidance. According to the Program Statement, your current concerns regarding COVID-19 do not meet the criteria for extraordinary or compelling circumstances. Accordingly, your RIS request is denied at this time.

_____    2/4/21
DeWayne Hendrix, Warden          Date

Ex B, p. 2