February 11, 2021

Dear Sir;

This letter is in support of Brian R Farrell for his motion for Compassionate Release. We are Brian's parents, Bob and Nancy Farrell. Nancy is a retired Registered Nurse and Bob is a retired CEO of a Community Health Center in Everett. Nancy worked many years in an urgent care setting which would enable her to adequately assess Brian's medical conditions. Bob would be helpful in connecting Brian with access to local health care. We own two vehicles and are able to transport Brian from FCI Sheridan to our home in Longview, WA and also to any and all necessary appointments in relation to his Cardiac and Pulmonary issues. Of note, the nearest community hospital is 5 miles away.

Our home in Longview WA has more than sufficient room for Brian. He would have his own room and bathroom enabling him to shelter-in-place and practice appropriate physical distancing guidelines without difficulty. We have access to basic PPE (masks, gloves, soap, etc.,) that he will be able to use.

As his parents, we are concerned about Brian's health and the inability of the Bureau of Prison to obtain timely and adequate care.

Thank you for your consideration.

*[signature]*
Robert Farrell

*[signature]*
Nancy Farrell

Ex G