```
 SETGB          *           INMATE DISCIPLINE DATA            *     04-29-2020
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD    *     16:30:34

REGISTER NO: 43741-086 NAME..: FARRELL, BRIAN RICHARD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-29-2020
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2945630 - SANCTIONED INCIDENT DATE/TIME: 01-30-2017 1815
UDC HEARING DATE/TIME: 03-23-2017 1215
FACL/UDC/CHAIRPERSON.: SHE/UNIT 5/B. GOULD
APPEAL CASE NUMBER(S): 891636
REPORT REMARKS.......: INMATE ADMITTED TO BEING IN THE WRONG UNIT.
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR 90 DAYS BEGINNING 1-31-2017
------------------------------------------------------------------------------
REPORT NUMBER........: 2945630 (REHEARD 03-23-2017 1215)
UDC HEARING DATE/TIME: 01-31-2017 1330




    G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**Ex H**