The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-029 RAJ<br><br><br>NOTICE OF APPEARANCE |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Helen J. Brunner, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///
///
///

NOTICE OF APPEARANCE - 1
United States v. Farrell, CR18-029 RAJ

1    Helen J. Brunner is now counsel of record for this case on behalf of the United

2    States.  Undersigned counsel respectfully requests that all pleadings, court documents,

3    and correspondence be forwarded to the below-listed AUSA:

4                        Helen J. Brunner
                         United States Attorney's Office
5                        700 Steward Street, Suite 5220
6                        Seattle, Washington 98101-1271
                         Fax Number: (206) 553-0755
7

8    Dated this 19th day of April, 2021.

9

10                                         Respectfully submitted,

11

12                                         TESSA M. GORMAN
13                                         Acting United States Attorney

14                                         */s/ Helen J. Brunner*
15                                         HELEN J. BRUNNER
                                           Assistant United States Attorney
16                                         United States Attorney's Office
17                                         700 Stewart Street, Suite 5220
                                           Seattle, Washington 98101-1271
18                                         Phone: 206-553-5172

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE - 2
United States v. Farrell, CR18-029 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970