The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL<br><br>Defendant. | NO. CR15-029 RAJ<br><br>UNITED STATES' MOTION TO SEAL EXHIBITS A THROUGH C TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)<br><br>NOTING DATE: April 30, 2021 |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington and Thomas M. Woods, Assistant United States Attorney for said District, hereby moves this Court for an Order to Seal Exhibits A through C to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The government requests that the Court seal the exhibits because they contain personal information that should not be available to the general public.

//
//
//

Government's Motion to Seal - 1
*United States v. Farrell,* CR15-029 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 19th day of April, 2020. |
| 2 | Respectfully submitted, |
| 3 | TESSA M. GORMAN |
| 4 | Acting United States Attorney |
| 5 | |
| 6 | */s/ Thomas M. Woods* |
| 7 | THOMAS M. WOODS |
|   | Assistant United States Attorney |
| 8 | United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220 |
|   | Seattle, Washington  98101 |
| 10 | Phone:  206-553-7970 |
|    | E-mail:  Thomas.Woods2@usdoj.gov |

Government's Motion to Seal - 2
*United States v. Farrell*,  CR15-029 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970