The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FARRELL,<br><br>Defendant. | NO. CR15-00029 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS A THROUGH C TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the Government's motion to seal Exhibits A through C to the Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits A through C to the Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

///

///

///

///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Farrell,* CR15-029 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. # 93) is
2   GRANTED.  Exhibits A through C to the Government's Response to Defendant's
3   Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) shall remain
4   filed under seal.
5       DATED this 19th day of April, 2021.

    *[signature: Richard A. Jones]*

    The Honorable Richard A. Jones
    United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
United States v. Farrell, CR15-029 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970