JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN FARRELL,<br><br>　　　　Defendant. | NO. CR15-029RAJ<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE |

Brian Farrell, through Assistant Federal Public Defender Nancy Tenney, respectfully requests a short extension of the noting date for Mr. Farrell's Reply regarding his motion for compassionate release.

On April 13, 2021, Mr. Farrell, filed a motion pursuant to 18 U.S.C. § 3582(c)(1)(A) asking this Court to enter an order reducing his sentence to time served. Dkt. 89. Counsel for the government filed their response on April 19, 2021. Dkt. 92. Mr. Farrell's reply is currently due Friday, April 23, 2021, which is also the current noting date.

Undersigned counsel wishes to discuss the reply motion with Mr. Farrell and has had difficulty arranging a legal call.

Mr. Farrell requests a short extension of the due date for the reply, from April 23, 2021 to April 30, 2021, with the matter to be re-noted for April 30, 2021. Assistant United States Attorney Thomas M. Woods does not oppose this request for an

UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE (*Brian Farrell*; CR15-029RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

extension of time.

Dated this 23rd day of April, 2021.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE (*Brian Farrell*; CR15-029RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**