JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN FARRELL, <br><br> Defendant. | NO. CR15-029RAJ <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE <br><br> (PROPOSED) |

The Court has considered the defendant's unopposed motion to extend the noting Date and due date for filing a Reply, and all the records in this case.

IT IS NOW ORDERED:

1. Counsel for Mr. Farrell will file the Reply on or before April 30, 2021;

2. The clerk shall re-note the matter to that same date.

DATED this ____ day of April, 2021.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENTION OF TIME
TO FILE REPLY REGARDING MOTION
FOR COMPASSIONATE RELEASE
(*Brian Farrell*; CR15-029RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100