JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>    v.  <br>BRIAN FARRELL,  <br>    Defendant. | NO. CR15-029RAJ  <br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE |

The Court has considered the defendant's unopposed motion to extend the noting Date and due date for filing a Reply, and all the records in this case. Finding good cause, the motion (Dkt. # 97) is GRANTED.

IT IS NOW ORDERED:

1. Counsel for Mr. Farrell will file the Reply on or before April 30, 2021;

2. The clerk shall re-note the matter to that same date.

DATED this 23rd day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE
(*Brian Farrell*; CR15-029RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100