JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR15-029RAJ |
| Plaintiff, ) | |
| ) | REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |
| v. ) | |
| BRIAN FARRELL, ) | |
| Defendant. ) | |

Brian Farrell, through Assistant Federal Public Defender Nancy Tenney, submits this reply regarding the government's response (Dkt. 92) to his motion for compassionate release, pursuant to 18 U.S.C. § 3582(C)(1) (Dkt. 89).

Several issues are not contested. The government agrees that Mr. Smith has exhausted his administrative remedies and that this Court has the authority to determine what circumstances constitute an "extraordinary and compelling" reason to justify relief. See Dkt. 92 at 7-8. The government disputes, however, that Mr. Farrell's untreated medical conditions estblish extraordinary and compelling circumstances and that a weighing of the 18 U.S.C. § 3553(a) factors warrant relief. The government's arguments lack merit and Mr. Farrell's motion should be granted.

**A. Mr. Farrell's Untreated Medical Symptoms Constitute an Extraordinary and Compelling Reason for Release.**

Mr. Farrell's medical records document an extraordinary and compelling basis for reducing his sentence. The records show that, despite the prison's own doctor

REPLY TO GOVERNMENT'S RESPONSE ON
MOTION FOR COMPASSIONATE RELEASE
(*Brian Farrell*; CR15-029RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

recommending in August of 2020 that Mr. Farrell see a cardiologist and undergo an echocardiogram, no such appointment has taken place to date. *See* Exhibit A (Supplemental Declaration of Dr. Marc Stern). The government's response offers no explanation for why the prison has failed to execute its own physician's order for either a consultation with a heart specialist or an echocardiogram for nearly ten months.

The government asserts that "it is not even clear that Farrell is ill" and that a recent x-ray showed no signs of cardiopulmonary disease. *See* Dkt. 92 at 8. As explained by Dr. Stern in his supplemental declaration, it "is not clear that Mr. Farrell is ill [only] because of the health care staff's failure to do what is necessary to make a diagnosis." *See* Ex. A at 3. Dr. Stern goes on to clarify that the x-ray only rules out certain cardiopulmonary diseases, but that not all cardiopulmonary diseases are visible on an x-ray. *Id.* at 2, fn. 1. Moreover, an x-ray also fails to rule out diseases other than those found in the cardiopulmonary system. *Id.* Because the Bureau of Prisons continues to ignore its own physician's orders, Mr. Farrell remains unable to diagnose or treat what may be a potentially serious cardiopulmonary (or other organ system) condition. These circumstances present an extraordinary and compelling reason to grant Mr. Farrell's motion for a reduced sentence.

**B. The Section 3553(a) Factors Weigh in Favor of Release.**

The goal of any sentencing is to impose a sentence "sufficient, but not greater than necessary" to meet the goals of 18 U.S.C § 3553(a). While Mr. Farrell's offense was serious, just punishment and deterrence do not require that Mr. Farrell remain confined without essential medical care, particularly when such care is easily accessible to him in the community. Moreover, Mr. Farrell has less than a year to his release date and thus has served the bulk of his 96-month sentence. During that time, he has completed the RDAP program to address his substance abuse issues, stayed out of trouble, and demonstrated his commitment to rehabilitation.

Furthermore, Mr. Farrell's release poses no danger to the community. Although his offense conduct caused harm, it did not involve violence, and he had no prior criminal history. As recognized in the Probation Officer's report verifying his proposed

REPLY TO GOVERNMENT'S RESPONSE ON
MOTION FOR COMPASSIONATE RELEASE
(*Brian Farrell*; CR15-029RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

release address, Mr. Farrell plans to reside with his parents who will provide a stable environment and assist him in accessing necessary medical care. Any concerns regarding Mr. Farrell engaging in further criminal conduct are mitigated by the conditions of his three-year term of supervised release.

For these reasons, Mr. Farrell respectfully requests this Court grant his motion and reduce his sentence to time served so that he can receive the medical necessary to understand and treat his ongoing symptoms.

Dated this 29th day of April, 2021.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Farrell

REPLY TO GOVERNMENT'S RESPONSE ON
MOTION FOR COMPASSIONATE RELEASE
(*Brian Farrell*; CR15-029RAJ) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100