PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Brian Farrell     **Case Number:** 2:15CR00029-1
**Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:** 06/03/2016     **Date of Report:** 07/15/2021
**Original Offense:** Conspiracy to Distribute Cocaine, Heroin and Methamphetamine
**Original Sentence:** 96 months imprisonment, 4 years supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 06/28/2021
**Assistant United States Attorney:** Thomas Woods     **Defense Attorney:** Nancy Tenney
**Special Conditions Imposed:**

☒ Substance Abuse     ☐ Financial Disclosure     ☐ Restitution:
☐ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Employment approval

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

Modify Special Condition 3, to read as follows: The defendant's employment must be approved in advance by the probation office.

## CAUSE

A condition of Mr. Farrell's supervised release prohibits him from working or volunteering in a place that exposes him to children. After my review of Mr. Farrell's presentence investigation, there is no cause for employment or volunteer restrictions related to exposure to minors. Based on this, I recommend that the special condition be modified as listed above.

I consulted with Assistant United States Attorney Tom Woods, as well as defense counsel, Nancy Tenney, and they concur with my recommendation.

I swear under penalty of perjury that the     APPROVED:
foregoing is true and correct.     Monique D. Neal
    Chief United States Probation and Pretrial Services Officer

Executed on this 15th day of July, 2021.     BY:

*Megan DeVous*     *Kalen Thomas*

Megan DeVous     Kalen Thomas
United States Probation Officer     Supervising United States Probation Officer

The Honorable Richard A. Jones, United States District Judge  Page 2
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender  July 15, 2021

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

_____
Signature of Judicial Officer
July 20, 2021
Date