Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RICHARD FARRELL,<br><br>Defendant. | No. 2:15-cr-00029-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Brian Richard Farrell's Motion for Early Termination of Supervised Release. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 102) is **DENIED** without prejudice to Defendant filing a renewed motion in six months.

DATED this 3rd day of August, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER - 1