JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-029RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| BRIAN RICHARD FARRELL, | ) | |
| Defendant. | ) | (PROPOSED) |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, the responses of the parties, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Farrell's supervised release is warranted by the conduct of Mr. Farrell and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Farrell shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this _____ day of February, 2023.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*U.S. v. Brian Farrell*, CR15-029RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Richard Farrell
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*U.S. v. Brian Farrell*, CR15-029RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**